# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HARVEY JOHNSON, | Case No. 19-MC-0027 (SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| LARRY COFFE, JR.; and BOARD OF TRUSTEES OF RANGE MENTAL HEALTH CENTER, | |
| Defendants. | |

Plaintiff Harvey Johnson is restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District.  *See* Order 2, *Johnson v. Obama*, No. 16-CV-2256 (PJS/BRT) (D. Minn. Aug. 11, 2016).  This matter is before the Court on Johnson's filing of various materials, [Doc. No. 1], as well as an Application to Proceed in District Court Without Prepaying Fees or Costs, [Doc. No. 2].  Johnson is not represented by counsel, and there is no indication that he has received prior written authorization from a judicial officer of this District to file this action.[1]  Accordingly, the Court orders that this proceeding be closed.  The Court also certifies that any appeal taken from this denial would not be in good faith,

---

[1] To the extent this Court construes Johnson's submission as itself being a request for prior written authorization, that request is denied.  Upon review, the Court concludes that the proposed civil action lacks an arguable basis either in fact or in law and therefore is frivolous.  *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

and thus any request to proceed in forma pauperis on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 29, 2019                          s/Susan Richard Nelson
                                                              SUSAN RICHARD NELSON
                                                              United States District Judge